IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-2698-JLK

JUDITH PIERSON,

Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. 16).

The Court has reviewed the Stipulation and ORDERS as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant Hartford Casualty Insurance Company are hereby DISMISSED WITH PREJUDICE, each party to pay her or its own costs and fees.

DATED: February 29, 2016.

BY THE COURT:

John L. Kane
Senior United States District Judge